**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DONALD S. HUNTER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-863C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of 31 days, to and including Monday, May 5, 2008, within which to respond to the complaint. Our response is now due on April 4, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

Counsel for the defendant timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. Agency counsel has been working to complete this report but has not yet been able to provide it to counsel for the defendant, principally because of the need to analyze several other cases the plaintiff has initiated, some or all of which may relate to his complaint in this case. Counsel for the defendant and agency counsel have discussed this issue, and we anticipate that the litigation report will be completed in the near future. After receiving the litigation report, counsel for the defendant will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that at least an additional 31 days will be required to prepare our response.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

April 2, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on April 2, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak