# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| DONALD S. HUNTER, SR.., | * | |
| Plaintiff, | * | No. 07-863C |
| v. | * | Filed: April 2, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's unopposed motion for an enlargement to May 5 within which to respond to the Complaint is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge