IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD S. HUNTER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-863C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

The plaintiff, Mr. Donald S. Hunter, Sr., and the defendant, the United States, by and through their undersigned counsel, jointly stipulate and agree that the plaintiff's action against the United States be dismissed, without prejudice, and with each –party to bear its own costs, fees and expenses, pursuant to Rule 41(a)(1)(ii) of the Rules of this Court.

Respectfully Submitted,

s/_Jason I. Weisbrot
Jason I. Weisbrot, Esq.
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax

Attorney for Plaintiff

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Devin A. Wolak
Devin A. Wolak, Esq.
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

Attorneys for Defendant

June 24, 2008

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, the foregoing "Stipulation of Voluntary Dismissal" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/_Jason I. Weisbrot
Jason I. Weisbrot, Esq.