# In the United States Court of Federal Claims

* * * * * * *

DONALD S. HUNTER, SR.., *

Plaintiff, * No. 07-863C

v. * Filed: June 26, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Pursuant to the Stipulation of Joint Dismissal, we ask the Clerk to dismiss plaintiff's action under RCFC 41(a)(2). Each party bears its own costs, fees and expenses.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge