# In the United States Court of Federal Claims

**No. 07-863 C**

**DONALD S. HUNTER, SR.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' stipulation of dismissal, filed June 24, 2008, and the court's Order, filed June 26, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the complaint is dismissed, without prejudice. Each party is to bear its own costs, fees and expenses.

John S. Buckley
Acting Clerk of Court

June 27, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.